UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER BERRY,

    Plaintiff,

vs.                                                         Case No. 2:09-cv-765-FtM-29SPC

KIM CANADY; FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendants.
_____

**ORDER**

This matter comes before the Court on the Defendants' Unopposed Motion for Telephonic Rule 3.05 Case Management Meeting (Doc. #30) filed April 29, 2010. Counsel for parties are located in different cities and have agreed to meet telephonically. As the use of telephonic hearings and conference is encouraged, the Court will grant the motion. See Local Rule 3.01(I).

Accordingly, it is now

**ORDERED:**

The Defendants' Unopposed Motion for Telephonic Rule 3.05 Case Management Meeting (Doc. #30) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   30th   day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record