UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER BERRY,

          Plaintiff,

-vs-                                               Case No. 2:09-cv-765-FtM-29SPC

KIM CANADY; FLORIDA DEPARTMENT OF
CORRECTIONS,

          Defendants.
_____

## ORDER

This matter comes before the Court on the Amended Notice of Appearance and Substitution of Counsel of Joy A. Stubbs as Counsel for Defendants in Place of Mark J. Hiers (Doc. #32) filed on April 30, 2010. Joy A. Stubbs, Esq., Assistant Attorney General, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050, moves the Court to substitute as Counsel of record in place of Mark J. Hiers, Esq. Attorney Hiers has terminated his employment with the Office of the Attorney General. Having considered the motion, the Court finds good cause and will grant the relief requested as outline below.

Accordingly, it is now

**ORDERED:**

(1)    The Amended Notice of Appearance and Substitution of Counsel of Joy A. Stubbs as Counsel for Defendants in Place of Mark J. Hiers (Doc. #32) is **GRANTED**. Joy A. Stubbs, Esq., shall be designated Counsel of Record on behalf of the Defendant.

(2) Mark J. Hiers, Esq., shall bear no further responsibility in this matter. The Clerk is directed to remove Attorney Hiers from the CM/ECF service list.

(3) The Court will take no further action on the previously issued Order to Comply with Administrative Procedures (Doc. #31).

**DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record