## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

CHRISTOPHER BERRY,

> Plaintiff,

-vs-                                        Case No.  2:09-cv-765-FtM-29SPC

KIM CANADY; FLORIDA DEPARTMENT OF
CORRECTIONS,

> Defendants.

_____

## ORDER

This matter comes before the Court on Plaintiff's Motion to Amend Caption to Substitute

"Walter A. MacNeil, Secretary" in Place of Florida Department of Corrections as the Real Party in

Interest (Doc. #42) filed on August 12, 2010.[1]

Plaintiff moves to substitute Walter A. MacNeil, the Secretary of the Florida Department of

Corrections, in place of the Agency itself.   The Court agrees that to impose liability on a

governmental entity, the Plaintiff must bring an action in the name of the individual holding the office

alleged to be responsible for the constitutional violation at issue. *See* Duncan v. Lee County Sheriff's

---

[1] The Court notes that this very same motion was filed by Plaintiff's counsel in another one of her cases. *See* Estate of Arthur Lee Coleman v. Scott, et al., 2:10-cv-105. The Court denied Plaintiff's attempt to substitute MacNeil for the Department of Corrections in that case on July 30, 2010. (Doc. #53).  The instant Motion is being denied on the same grounds. Plaintiff's counsel is advised that under Fed. R. Civ. P. 11(b)(2), by filing a written motion with the Court, the attorney is certifying that "the claims, defenses, and other legal contentions are warranted by existing law..." The Court may impose sanctions in the future for motions filed contrary to the law especially in circumstances where the Court has directed counsel as to the proper procedure to follow.

Dept., Slip Copy, 2007 WL 2919027, *2 (M.D. Fla. 2006).  Federal Rule 25(d) allows for the substitution of public officers in certain situations, including death of a public officer or separation from office.  In these situations, the officer's successor is automatically substituted as a party. Because neither situation contemplated by Rule 25(d) has occurred in this case, substitution is improper.  It appears that what Plaintiff is seeking to do is amend the caption of this case to include the Secretary rather than the Department.  In that case, the proper method is for Plaintiff to move to file a Second Amended Complaint pursuant to Federal Rule 15.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Amend Caption to Substitute "Walter A. MacNeil, Secretary" in Place of Florida Department of Corrections as the Real Party in Interest (Doc. #42) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>  16th  </u> day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record