**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CHRISTOPHER BERRY,

          Plaintiff,

-vs-                                    Case No. 2:09-cv-765-FtM-29SPC

KIM CANADY; FLORIDA DEPARTMENT OF
CORRECTIONS,

          Defendants.

_____

**ORDER**

      This cause came before the Court on the Court's Order to Show Cause (Doc. #10) entered on August 30, 2010. On September 1, 2010, the Defendant filed a Response to the Order to Show Cause (Doc. #46) and a Notice of Pendency of Other Actions (Doc. # 45). Accordingly, the Court will take no further action on the Order to Show Cause.

      Accordingly, it is now

**DONE AND ORDERED** at Fort Myers, Florida, this  7th   day of September, 2010.

                                                    SHERI POLSTER CHAPPELL
                                                    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record