UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER BERRY,

                Plaintiff,

-vs-                                  Case No.  2:09-cv-765-FtM-29SPC

KIM CANADY,

                Defendant.
_____

**ORDER**

This matter comes before the Court on the Defendant Kim Canady's Unopposed Motion to Amend Case Management and Scheduling Order (Doc. #54) filed on January 3, 2011. Pursuant to Local Rule 3.01(g), the Defendant conferred with the Plaintiff who does not oppose the Motion.

The Plaintiff moves to enlarge the deadline to complete mediation from January 7, 2011, to April 29, 2011. The case is not set for trial until the April 2012 trial calendar. After reviewing the Motion, the Court finds that the Motion will not cause undue delay. Therefore, good cause exists to grant the requested extension of time. Accordingly, it is now

**ORDERED:**

The Defendant Kim Canady's Unopposed Motion to Amend Case Management and Scheduling Order (Doc. #54) is **GRANTED**. The Case Management and Scheduling Order's Mediation Deadline is hereby enlarged up to and including **April 29, 2011**.

**DONE AND ORDERED** at Fort Myers, Florida, this   4th   day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record